UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00244-MOC-DLH

| | |
|---|---|
| GARRETT W. FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF REMAND** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the instructions of the Court of Appeals for the Fourth Circuit in Fox v. Colvin, No.14-2237 (4th Cir. Dec. 17, 2015), and upon its Mandate filed February 8, 2016. Consistent with the Judgment of the appellate court, this court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the agency for further proceedings consistent with the instructions of the Fourth Circuit in Fox v. Colvin, supra.

Signed: February 10, 2016

Max O. Cogburn Jr.
United States District Judge